IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, SOUTHERN DIVISION

```
RICHARD A. YEAGER and        )
DEANA J. YEAGER,             )
individually and on behalf   )
of a class of similarly      )
situated individuals,        )
                             )
     Plaintiffs,             )
                             )    CIVIL ACTION NO.
     v.                      )      1:14cv117-MHT
                             )          (WO)
OCWEN LOAN SERVICING, LLC,   )
                             )
     Defendant.              )
```

ORDER

After an independent and de novo review of the record, it is ORDERED as follows:

(1) Defendant's objection (doc. no. 18) is overruled.

(2) The United States Magistrate Judge's recommendation (doc. no. 17) is adopted.

(3) Defendant's motion to dismiss (doc. no. 7) is denied, albeit with leave to renew its arguments in a motion for summary judgment.

    (4) Defendant's alternate motion for certification pursuant to 28 U.S.C. § 1292(b) (doc. no. 18) is denied.

    (5) This case is referred back to the magistrate judge for further proceedings.

    DONE, this the 30th day of September, 2015.

                              /s/ Myron H. Thompson
                            UNITED STATES DISTRICT JUDGE