IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA, SOUTHERN DIVISION

| | | |
|---|---|---|
| RICHARD A. YEAGER and DEANA J. YEAGER, individually and on behalf of all similarly situated individuals, | ) ) ) ) | |
| Plaintiffs, | ) | |
| vs. | ) ) | Case No.: CV-14-00117-MHT-PWG |
| OCWEN LOAN SERVICING, LLC, | ) ) | **CLASS ACTION** |
| Defendant. | ) | |

## PLAINTIFFS' MOTION TO ACCEPT AS TIMELY FILED

COME NOW the Plaintiffs in the above styled cause, by and through their undersigned attorney and hereby request the Court accept as timely filed Plaintiffs' Response to Doc. 51, Defendant's latest objection to the magistrate's report and recommendation. In support of this motion, Plaintiffs state that due to computer problems causes by a thunderstorm, which were not resolved until August 24, 2016, the due date for Plaintiff's response to defendant's objection was not calendared. This error was just discovered late yesterday afternoon. The response, filed herewith, will be five days late. Accepting the response as timely filed will not affect the progress of the litigation and the defendant will not be prejudiced.

Respectfully submitted,

/s/Kenneth J. Riemer
Earl P. Underwood, Jr.
Underwood & Riemer, PC
21 South Section Street
Fairhope, Alabama 36532
Mobile, Alabama   366330
251-990-5558
Fax Number: 251-990-0626
epunderwood@alalaw.com

## **CERTIFICATE OF SERVICE**

      I hereby certify that on September 10, 2016, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the counsel of record.

                                             /s/Earl P. Underwood, Jr.
                                              Earl P. Underwood, Jr.