IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, SOUTHERN DIVISION

RICHARD A. YEAGER and )
DEANA J. YEAGER, )
individually and on behalf )
of a class of similarly )
situated individuals, )
)
    Plaintiffs, )
)    CIVIL ACTION NO.
    v. )     1:14cv117-MHT
)       (WO)
OCWEN LOAN SERVICING, LLC, )
)
    Defendant. )

## JUDGMENT

In accordance with the opinion entered today, it is

the ORDER, JUDGMENT, and DECREE of the court as

follows:

(1) Defendant Ocwen Loan Servicing, LLC's objection

(doc. no. 51) is sustained.

(2) The United States Magistrate Judge's

recommendation (doc. no. 50) is rejected.

(3) Defendant Ocwen Loan Servicing, LLC's renewed

motion for judgment on the pleadings (doc. no. 40) is

granted.

(4) Defendant Ocwen Loan Servicing, LLC's alternate motion for certification pursuant to 28 U.S.C. § 1292(b) (doc. no. 51) is denied as moot.

(5) Judgment is entered in favor of defendant Ocwen Loan Servicing, LLC and against plaintiffs Richard A. Yeager and Deana J. Yeager, with the Yeager plaintiffs taking nothing by their complaint.

It is further ORDERED that costs are taxed against the Yeager plaintiffs, for which execution may issue.

The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

This case is closed.

DONE, this the 22nd day of February, 2017.

/s/ Myron H. Thompson
UNITED STATES DISTRICT JUDGE